William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.A.S.T. INTERNATIONAL LTD., <br><br> Plaintiff, <br><br> -against- <br><br> PARKROAD (SINGAPORE) PTE., LTD. and PARKROAD CORPORATION, <br><br> Defendants. | 08 CV 9228 (DAB) <br><br><br> NOTICE OF DISMISSAL <br><br> ECF Case |

    The defendants and garnishees not having answered, appeared or served any motions for summary judgment, this action is hereby voluntarily dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without prejudice and without costs to any party.

Dated:   New York, NY
            April 21, 2009

                                      BURKE & PARSONS
                                      Attorneys for Plaintiff
                                      E.A.S.T. INTERNATIONAL LTD.

                                        By:_____
                                           William F. Dougherty (WD-8719)
                                           dougherty@burkeparsons.com
                                           100 Park Avenue
                                           New York NY  10017-5533
                                           (212) 354-3800

                                                         9073_0013.DOCX